IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGRAM BARGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0110 |
| ) | Judge Trauger |
| CENTURY ALUMINUM OF WEST VIRGINIA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The parties have filed a Joint Mediation Report stating that they will complete the mediation "within one month after the new dispositive motion deadline." (Docket No. 42) Judge Trauger requires that mediations take place toward the end of fact discovery and far enough in advance of the filing of dispositive motions that the parties save the expense of preparing and filing dispositive motions, in the event that they are able to settle the case in mediation.

It is hereby **ORDERED** that the parties shall file an amended joint mediation report by June 27, 2011 that sets a more realistic deadline for conducting a mediation in this case.

It is so **ORDERED.**

Enter this 22nd day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge