IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| INGRAM BARGE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 3:10-CV-00110 |
| | ) | Judge Aleta A. Trauger |
| CENTURY ALUMINUM OF WEST VIRGINIA, INC. | ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that all discovery deadlines in the Court's December 2, 2011 Order (Docket Entry No. 49) shall be extended by thirty days. The deadline for the completion of discovery shall be February 20, 2012, and the deadline for the completion of mediation shall be March 20, 2012. A new dispositive motion deadline and trial date will be set following the mediation, if the case does not settle in mediation.

Date: January 6, 2012.

IT IS SO ORDERED.

_____
Judge Aleta A. Trauger
United States District Court Judge

8406569.1