Motion GRANTED for 35 page limit.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| INGRAM BARGE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-CV-00110 |
| | ) | |
| | ) | Judge Aleta A. Trauger |
| CENTURY ALUMINUM OF | ) | |
| WEST VIRGINIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF INGRAM BARGE COMPANY'S
MOTION FOR LEAVE TO EXCEED BRIEFING PAGE LIMIT**

Plaintiff Ingram Barge Company ("Ingram Barge") moves the Court for leave to exceed the 20-page limit for the briefing of dispositive motions contained in Paragraph J of the Initial Case Management Order [Doc. No. 10]. As grounds for this Motion, Ingram Barge states that its Memorandum in Support of its Cross-Motion for Summary Judgment, which is due to be filed on or before May 11, 2012, also serves as its response to Defendant Century Aluminum of West Virginia, Inc.'s ("Century's") pending Motion for Summary Judgment.[1] Additionally, the issues raised by Century's motion and Ingram Barge's cross-motion are many and include discussion of both liability and damages. Ingram Barge estimates that the memorandum in support of its cross-motion and in opposition to Century's motion will be between 30-35 pages and, therefore, Ingram Barge seeks leave to exceed the maximum number of pages listed in the Initial Case Management Order.

---

[1] Century's memorandum in support of its motion was approximately 30 pages long.